# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2020

*The Court of Appeals hereby passes the following order:*

## A20A0942. TORRES v. TORRES.

On November 18, 2019, this court granted Appellant's application for discretionary appeal. Having reviewed the parties' briefs and the complete record now before us, we DISMISS the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/23/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*